NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


ROBERT SCHULLER, )
)
      Appellant, )
)
v. )     Case No.  2D18-780
)
STATE OF FLORIDA, )
)
      Appellee. )
_____)

Opinion filed October 26, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Hillsborough County; Mark R. Wolfe, Judge.

Robert Schuller, pro se.


PER CURIAM.

      Affirmed.



SILBERMAN, BLACK, and ATKINSON, JJ., Concur.